

# UNITED STATES DISTRICT COURT
# for THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michigan ex rel, Ralph Leo Daigle )<br>Non corporate entity )<br>94-1/2 N. Holcomb )<br>Clarkston, Michigan [48346] )<br> )<br>Third Party Petitioner Relator )<br> )<br>    Against )<br> )<br>GARY J. CAPELLO aka dba, )<br>GARY CAPELLO, WARDEN GARY )<br>CAPELLO, et al. )<br>(Holder of the key) )<br>301 Wadaga Rd. )<br>Baraga, Michigan 49908 )<br> )<br>  Respondent ) | **PETITION FOR EMERGENCY**<br>**WRIT OF HABEAS CORPUS**<br><br>**This Petition is Applicable to any**<br>**And all Agents, Successors,**<br>**Deputies, and/or Assigns of**<br>**Respondent(s)**<br><br>Case. 1:10-cv-01265<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 7/26/2010<br>Description: Habeas Corpus/2255 |

Oakland County        )
                      ) s.s
Michigan (Republic)   )

Affiant, being of age of majority, and of sound mind, and having personal knowledge of the facts herein, affirms the following to be true, correct, complete, and certain, in accordance with the laws of Michigan, that:

1. I, Ralph Leo Daigle, Petitioner herein, state that I am a flesh and blood sentient being, not a corporation, not a Legal Entity, not a Commercial Entity association, or any other fictitious entity, competent and being of the age of majority, affirm that my "yes" be "yes" and "no" be "no" and that the following facts are true, correct, certain, complete, and not misleading under the law of hearing false witness so help me YHVH, and:

2. On or about October 8 1999, Richard Everett VanHazel liberties commenced to be

restrained and is on going to this day, by RESPONDENT, who is or represents a "CORPORATION for Profit," holding a natural man, restraining the liberties of this natural man, against His will, over His objection, and without His consent, and without Congressional Mandate, Petitioner's liberties is restrained by RESPONDENT(S). Restraint, imprisonment is unlawful, and illegal to wit:

3. No criminal action in the state of Michigan, has been commenced against Petitioner, by the filing of an Affidavit/Complaint by a competent fact witness, alleging the necessary and essential facts sufficient to constitute the elements of a crime, that would invoke a lawful courts jurisdiction in the first instance, to issue Mittimus papers, Petitioner is unable to attach a copy of any bona fide Mittimus papers, since none is known, by Petitioner to exist;

4. Petitioner has a natural, and due process right, granted by the creator YHVH and as articulated in numerous historical documents, including, but not limited to the original constitution for Michigan and/or for the united states of America, Magna Carta, International Organization Immunities Act December 9, 1945, Charter of the United Nations: June 26, 1945, The Foreign Sovereign Immunites Act, The 11th Amendment to the constitution for the united states, and numerous international treaties, to Habeas Corpus relief for immediate release from unlawful restraint of liberties/ imprisonment. All the above named Documents are incorporated herein, in their entirety, by reference;

5. The purpose for Petitioner's filing of this, Petition For Writ of Habeas Corpus into this **"UNITED STATES DISTRICT COURT for THE DISTRICT OF COLUMBIA"** is: This Court has Original Jurisdiction Over the Corporation, "UNITED STATES," of which, the RESPONDENT, STATE OF, MICHIGAN, and/or it's assign, is a subsidiary

Corporation, incorporated in the STATE OF, DELAWARE, this Court is the proper Court, to be involved in these Foreign Relations Matters, and:

6. The RESPONDENT(S), CORPORATIONS, and/or their assigns are Foreign Commercial entities, directly linked to CORPORATIONS, who are incorporated with the CORPORATIONS DIVISION, SECRETARY OF STATE OF, DELAWARE. Petitioner is a flesh and blood sentient man, neither a Legal entity, nor a Commercial entity, and, THEREFORE, Petitioner is foreign to any CORPORATION, Incorporated in DELAWARE, or any other location;

7. This Court has Jurisdiction over DELAWARE CORPORATIONS, involved in Foreign Relations Matters, and the Officer(s) thereof to perform the ministerial duty(ies) to prevent or correct the wrongful Restraint of liberties/imprisonment identified herein, which said Judicial/Administrative Officer(s) have executed a sworn Oath of Office, the performance of which is secured by said Judicial/Administrative Officer(s) Official Bond or surety, to issue the attached Writ of Habeas Corpus forthwith, or within 24 hours which ever is sooner, commanding RESPONDENT(S)/CORPORATIONS, their Agents, Assignees, or Successors to bring forth and produce the corpus, (or in this case, the legal Documentation that would prove the RESPONDENT, CORPORATION, and/or it's assigns, has a lawful claim against this natural man), along with a return to this Writ, or immediately discharge Petitioner from further restraint of His liberties, by RESPONDENT(S)/CORPORATION, Their CORPORATE Subsidiaries, Agents, Assignees, or Successors;

8. Or sua sponte issue a Writ of Attachment against the above named RESPONDENT(S)/CORPORATIONS, and/or their assigns, until

said RESPONDENT(S)/ CORPORATIONS, and/or their assigns, appear at a bona fide Habeas Corpus hearing with a return to this Writ;

9. Any superficial imperfections are requested to be excused as this Petition has not been prepared by an attorney and is presented by the undersigned for redress of grievances, And;

REMEDY

Wherefore, Ralph Leo Daigle, requires this court to immediately exercise jurisdiction and demand the immediate discharge of Richard Everett VanHazel, swift justice is necessary to prevent further irreparable damage from this unlawful seizure and continued custody. Release is the appropriate remedy.

*Ralph Leo Daigle*
Ralph Leo Daigle
Third Party Petitioner Relator

VERIFIED: on this the __21st__ day of July, Anno Domini two thousand and ten (2010). Notary Public acknowledgement is not for entry into foreign jurisdiction. And did affirm the truth of the facts herein stated and placed his signature on this document on the __21st__ day of July, Anno Domini Two thousand and Ten (2010).

_____ Notary Public State of Michigan

My Commission Expires _____

ANGELA C. TENBUSCH
Notary Public, State of Michigan
County of Oakland
My Commission Expires Nov 06, 2014
Acting in the County of Oakland